**Order entered July 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00192-CV

## SCOTT HORTON, PAM HORTON AND AMSE PARTNERS, LP, Appellants

## V.

## THE MESSINA LAW FIRM, P.C., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-07537

# ORDER

The reporter's record in this case is overdue. By postcard dated March 23, 2016, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification they have not requested the record or have not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vielica Dobbins, Official Court Reporter, 134th Judicial District Court.

/s/    CRAIG STODDART
JUSTICE